KENJI PRICE 10523
United States Attorney
District of Hawaii

DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TAMRA D. KIYABU, | Case No.: 1:19-cv-00382-JMS-KJM |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, January 22, 2020.



  /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Kiyabu v. Saul*, Civ. No. 19-00382 JMS-KJM, Judgment